**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| MADISEN ULRICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No: 3:20-cv-1018-RAH-SRW |
| | ) |
| 319 BRAGG STUDENT HOUSING | ) **ORAL ARGUMENT NOT REQUESTED** |
| AUBURN, AL LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COME NOW Patrick P. Clyder, Meggie F. Hogan, and Margaret C. Redshaw, who have previously appeared as counsel of record for 319 Bragg Student Housing Auburn, AL LLC and Greystar Worldwide, LLC, and move the Court to enter an Order permitting them to withdraw as counsel of record for said Defendants, and terminate any further notices, filings, or alerts generated through the CM/ECF system. As grounds for this motion, Movants would show unto the Court that the said Defendants are now represented by David M. Wilson.

Respectfully submitted,

/s/ Patrick P. Clyder
PATRICK P. CLYDER
Attorney for the Defendant

/s/ Meggie F. Hogan
MEGGIE F. HOGAN
Attorney for the Defendant

/s/ Margaret C. Redshaw
MARGARET C. REDSHAW
Attorney for the Defendant

**OF COUNSEL:**
SWANSON MARTIN & BELL
330 North Wabash, Suite 3300
Chicago, Illinois 60611
pclyder@smbtrials.com
mredshaw@smbtrials.com
mhogan@smbtrials.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all parties in this cause by electronic mail using the CM/ECF system on this the 5th day of February, 2021.

*Attorneys for Plaintiff:*

Christina D. Crow
Lynn Jinks
JINKS CROW & DICKSON
7030 Fain Park Drive, Suite 10
Montgomery, Alabama 36117
ccrow@jinkslaw.com
ljinks@jinkslaw.com

Nick Wooten
NICK WOOTEN, LLC
5125 Burnt Pine Drive
Conway, Arkansas 72034
nick@nickwooten.com

*Attorneys for CSX Transportation, Inc.*

Morris Wade Richardson
Charles T. Grimes
RICHARDSONCLEMENT, PC
100 Corporate Parkway
One Lake Level
Birmingham, Alabama 35242
wade@richardson.law
charley@richardson.law