# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MADISEN ULRICH, an individual, | |
| Plaintiff, | |
| v. | |
| 319 BRAGG STUDENT HOUSING AUBURN AL LLC; GREP SOUTHEAST, LLC; and CSX TRANSPORTATION, INC., | Civil Case No.: 3:20-cv-1018-RAH-SRW |
| Defendants. | |

### DECLARATION OF MADISEN ULRICH

I, **MADISEN ULRICH**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an adult resident of the State of Alabama. I know of no infirmity, whether physical or otherwise that would prevent me from making this declaration.

2. I am the plaintiff in this case.

3. I was a student at Auburn University during the 2018 fall semester, residing in an apartment at 319 Bragg.

4. I do not have specific recall of the events that occurred on the day that I was struck by the CSX train.

5. However, I have specific recollection related to my interactions with 319 Bragg and the common use of the gate at the southwest corner of 319 Bragg's property by the residents of 319 Bragg. My attorney advised me that he is referring to this gate as "the Bragg Walking Gate" so I will use that terminology also.

6. 319 Bragg openly directed and encouraged its residents to utilize the Bragg Walking Gate as a walking shortcut between 319 Bragg and both downtown Auburn and the Auburn University campus.

7. 319 Bragg marketed the Bragg Walking Gate as a feature or benefit of living at 319 Bragg.

8. I personally used the Bragg Walking Gate as a shortcut to walk to and from downtown Auburn to restaurants and other businesses. I also used the Bragg Walking Gate as a path to and from classes on the Auburn University campus.

1

9. My roommates also used the Bragg Walking Gate for the same purposes.

10. I commonly observed other residents utilizing the Bragg Walking Gate as well.

11. Before this collision I had a normal path of travel on a typical school day.

12. In the mornings, I would typically exit 319 Bragg through the Bragg Walking Gate and take the walking path across the tracks into downtown towards the Haley Center. After I finished my classes for the day, I would typically walk down North Donahue from campus towards 319 Bragg. When I reached the bushes at the end of Tiger Inn & Suites, I would typically turn to the right towards the Bragg Walking Gate and cross the railroad tracks in a northeasterly direction.

13. I personally observed other residents of 319 Bragg commonly using this same path to reach the Bragg Walking Gate when traveling on foot down N. Donahue.

14. It was not uncommon for me or my roommates to cross the railroad tracks several times a day depending on our classes and our daily activities in downtown Auburn and around campus. It was also not uncommon to cross the tracks at nearly any time of the day or night.

15. Depending on what was going on in downtown Auburn or on campus, it was not uncommon to cross the tracks coming from Auburn either at the path off North Donahue at the western end of Tiger Inn & Suites or the path on the east end of Tiger Inn & Suites to reach the Bragg Walking Gate.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May, 2021.

_____
Madisen Ulrich

2