# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| MADISEN ULRICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:20-cv-1018-RAH-SRW |
| | ) |
| 319 BRAGG STUDENT HOUSING AUBURN, AL, et al., | ) |
| | ) |
| Defendants. | ) |

**CSXT'S AMENDMENT TO ITS SUPPLEMENTAL
EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT AND ITS MOTION TO
<u>STRIKE AFFIDAVIT OF BRANDON OGDEN</u>**

# Exhibit 2



