# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MADISEN ULRICH, an individual,

    Plaintiff,

v.

319 BRAGG STUDENT HOUSING
AUBURN AL LLC; GREP
SOUTHEAST, LLC; and CSX
TRANSPORTATION, INC.,

    Defendants.

Civil Case No.: 3:20-cv-1018-RAH-SRW

### DECLARATION OF TONYA ULRICH

I, **TONYA ULRICH**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an adult resident of the State of Alabama. I know of no infirmity, whether physical or otherwise that would prevent me from making this declaration.

2. I am Madisen Ulrich's mother.

3. On the afternoon of October 4, 2018, I was on the phone with Madisen discussing her day with her and having a normal conversation about her day and school.

4. I could hear the train in the background as we were talking so I knew Madisen was close to her apartment.

5. Without any warning our call dropped. I just assumed that Madisen's phone had run out of battery or the call just lost service. I did not hear anything that led me to believe Madisen had been struck by the CSX train.

6. Several minutes later I received a call informing me that Madisen had been hit by the train.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May, 2021.

_____
Tonya Ulrich

1